

# Stewart & Irwin, P.C.
Attorneys @ Law

Bradley W. Skolnik  
Attorney at Law

Telephone: 317-639-5454  
Fax: 317-632-1319  
E-mail: bskolnik@silegal.com

December 28, 2005

**VIA FEDERAL EXPRESS**  
Clerk, U.S. District Court  
J. Caleb Boggs Federal Bldg  
844 North King Street  
Wilmington, DE 19801-3519



RECEIVED DEC 29 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Re:   Filing by Receiver Pursuant to 28 U.S.C. § 754

Dear Clerk:

By Order dated December 20, 2005, I was appointed by the United States District Court for the Southern District of Indiana as Receiver in an action captioned *United States Securities and Exchange Commission v. Alanar, Inc., et al.*, Cause No. 1:05-cv-01102-JDT-TAB.

Pursuant to 28 U.S.C. § 754, I am required to file copies of the Complaint and Order appointing me Receiver in the above-referenced action with this Court within ten (10) days of my appointment. Accordingly, I have enclosed three (3) copies of the Complaint and Order of appointment entered by the U.S. District Court for the Southern District of Indiana, along with the miscellaneous filing fee in the amount of $39.00.

I would appreciate it if you could return a file marked copy of the Complaint and Order of appointment to me in the enclosed stamped, self addressed envelope.

Thank you for your attention to this matter. Should you have any questions or concerns, please feel free to call at any time.

Sincerely,

Bradley W. Skolnik  
Court Appointed Receiver  
Attorney Number 1770-49  
STEWART & IRWIN, P.C.  
251 East Ohio Street, Suite 1100  
Indianapolis, IN 46204  
Phone: (317) 639-5454  
Fax: (317) 632-1319

U. S. DISTRICT COURT - DE  
MISC. CASE # 05-264